UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | SEALED |
| v. | : | CIVIL NO. 3:03CR200 (RNC) |
| | : | |
| STEVEN C. ANDREWS | : | |
| | : | |

<u>ORDER</u>

    This matter commenced upon the return of a sealed indictment on July 17, 2003. On that date, a bench warrant was issued for the defendant. No other proceedings have occurred. The Clerk's Office has asked the Assistant U.S. Attorney to provide a written statement showing why the case should remain under seal. As of this date, no statement has been received. It is therefore,

    ORDERED, that the government file on or before June 15, 2006, a written statement showing why this matter should remain under seal. Failure to comply with this order will result in the case being unsealed.

    So ordered.

    Dated at Hartford, Connecticut this ___ day of May 2006.


                                                           /s/
                                               Robert N. Chatigny, U.S.D.J.