UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | CRIMINAL NO. 3:03CR200(RNC) |
| STEPHEN C. ANDREWS | : | May 17, 2006 |

### MOTION TO UNSEAL

The United States of America, by Kevin J. O'Connor, United States Attorney for the District of Connecticut, by Deborah R. Slater, Assistant United States Attorney, moves the Court for an order unsealing the above-referenced case.

The United States files this motion since disclosure of this matter will no longer jeopardize the ongoing investigation.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

DEBORAH R. SLATER
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct04786
450 Main Street, Rm. 328
Hartford, CT 06103
(860) 947-1101

The foregoing motion is hereby GRANTED/~~DENIED~~.

SO ORDERED.

HON. ROBERT N. CHATIGNY
CHIEF UNITED STATES DISTRICT JUDGE

5/18/06
DATE